PD-0893&0894-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/17/2015 3:33:00 PM
Accepted 2/17/2015 3:38:42 PM
ABEL ACOSTA
CLERK



**SHAREN WILSON**
Criminal District Attorney
Tarrant County

FILED IN
COURT OF CRIMINAL APPEALS

February 18, 2015

ABEL ACOSTA, CLERK

February 17, 2015

Hon. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

RE:  **Ramon Marroquin**
     **CCA No. PD-0893-14**
     **Trial Court Case No. 1305476**
     **&**
     **Joey Darrell Faust**
     **CCA No. PD-0894-14**
     **Trial Court Case No. 1305478**

Dear Mr. Acosta:

        Pursuant to your office's notice dated February 13, 2015, I understand that submission of the referenced cause has been set for Wednesday, March 18, 2015, at 9:00 A.M.  Please accept this letter as formal notice that the State intends to present oral argument in this cause.  Thank you for your assistance in this matter.

                                Sincerely,

                                /s/ Charles M. Mallin
                                CHARLES M. MALLIN, Assistant
                                Criminal District Attorney
                                State Bar No. 12867400
                                (817) 884-1687
                                FAX (817) 884-1672
                                CCAappellatealerts@tarrantcounty.com

cc:   James S. Sharpe
6100 Western Pl Ste. 1000
Fort Worth, Texas 76107-4686
UTlawman@aol.com